**\*E-FILED 09-14-2010\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PEPTIO C. LIM, | No. C10-03596 HRL |
| Plaintiff, | **ORDER SETTING DEADLINE FOR CONSENT OR DECLINATION TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |
| v. | |
| FIRST FEDERAL BANK OF CALIFORNIA; SEASIDE FINANCIAL CORPORATION; T.D. SERVICE COMPANY and DOES 1-250, | |
| Defendants. | |

Plaintiff is reminded that this case has been assigned to a magistrate judge. **No later than September 30, 2010**, he shall file either (1) a Consent to Proceed Before a United States Magistrate Judge or (2) a Declination to Proceed Before a Magistrate Judge and Request for Reassignment to a United States District Judge. *See* Civ. L.R. 73-1(a)(2). The forms are available from the Clerk of the Court and on the court's website at www.cand.uscourts.gov.

The hearing on defendants' motion to dismiss (Docket No. 7) is **continued to November 2, 2010, 10:00 a.m.** in Courtroom 2, United States District Court, 280 South First Street, San Jose, California.

SO ORDERED.

Dated: September 14, 2010

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1  5:10-cv-03596-HRL Notice has been electronically mailed to:

2  Andrew Edward Miller     amiller@allenmatkins.com

3  Cathy Ann Hongola     chongola@allenmatkins.com, jhidde@allenmatkins.com

4  Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

5

6  5:10-cv-03596-HRL Notice mailed to:

7  Pepito C. Lim
   1955 Hogan Drive
8  Santa Clara, CA 95054

9      Pro Se Plaintiff

**United States District Court**
For the Northern District of California

2